**KOYO SEIKO COMPANY, LTD.
and Koyo Corporation of
U.S.A., Plaintiffs,**

v.

**UNITED STATES and the United States
Department of Commerce
Defendants,**

**The Torrington Company and Federal–
Mogul Corporation, Defendant–
Intervenors.**

**Court No. 91–08–00591.**

United States Court of
International Trade.

Aug. 31, 1992.

AMENDED JUDGMENT

TSOUCALAS, Judge.

This case having been duly submitted for decision following plaintiffs' motion for judgment on the agency record, and the Court, after due deliberation, having rendered a decision herein, *Koyo Seiko Co. v. United States,* 16 CIT ——, 796 F.Supp. 1526 (1992); now then, in accordance with said decision,

IT IS HEREBY ORDERED that plaintiffs' motion is granted in part and the determination of the Department of Commerce, International Trade Administration ("Commerce") is hereby reversed with respect to the adjustment of exporter's sales price for direct selling expenses; and it is further

ORDERED that the Court's order dated June 30, 1992, remanding this case to Commerce to recalculate dumping margins to reflect an adjustment of the foreign market value for direct selling expenses is vacated since this issue is now moot; and it is further

ORDERED that Commerce's determination is affirmed in all other respects and this case is hereby dismissed.